THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Duane Henson, Appellant.
 
 
 

Appeal From Spartanburg County
Gordon G. Cooper, Circuit Court Judge
Unpublished Opinion No.  2007-UP-405
Submitted October 1, 2007  Filed October
 4, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Teresa A Knox, S.C. Dept. of Probation Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, Duane Henson, was convicted of possession
 of crack cocaine and sentenced to five years imprisonment, suspended upon
 service of five years of probation.  Following a probation revocation hearing,
 the court revoked two years of Hensons suspended sentence and terminated his
 probation.  Hensons counsel
 attached to the brief a petition to be relieved as counsel, stating that she
 had reviewed the record and concluded this appeal lacks merit.  Henson did not file a separate pro se brief.  After a
 thorough review of the record pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.